AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Alejandro Lozano<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 2:22-mj-550 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **8/7/2022** in the county of **Franklin** in the **Northern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii) | Possession with the Intent to Distribute Cocaine |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Jeff Skoczen, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

VIA AUDIO CALL
Date: August 8, 2022

*Judge's signature*

Honorable Elizabeth A. Preston Deavers
*Printed name and title*

City and state: Columbus, Ohio

# AFFIDAVIT

I, Jeff Skoczen, currently assigned to the Cleveland Division of the FBI as a Task Force Officer, hereinafter referred to as your Affiant, being duly sworn, do state the following:

## INTRODUCTION

1. As a Task Force Officer for the FBI, your Affiant is an investigative law enforcement officer of the United States of America within the meaning of Title 21 Matters. Your Affiant is empowered to conduct investigations and to make arrests for drug related and money laundering offenses.

2. Your Affiant has been employed by the City of North Royalton Police Department for more than 13 years, including seven years in the Detective Bureau, 9 years as a Tactical SWAT Officer, and currently assigned to the Cartel, Gang, Narcotics and Laundering (CGNL) Task Force for the past seven years. During that time, your Affiant, has been assigned to investigate activities of drug trafficking organizations, drug-related gang and violent crime activities, and other criminal offenses. As a Task Force Officer of the FBI, your Affiant has participated in narcotics/drug enforcement and the dismantlement of mid to upper-level drug trafficking organizations. Your Affiant has participated in the planning and execution of long-term investigative operations that have led to the disruption and dismantlement of criminal organizations whose revenues centered primarily on the trafficking and distribution of illicit drugs.

3. As a North Royalton Detective, your Affiant received his OPOTA certificate at the Akron University Police Academy and in addition to that has been to numerous narcotic schools throughout his law enforcement career including DEA Narcotics Investigator training.

Affiant has been trained in the recognition, production, and distribution of controlled substances, and has also received advanced training in overall narcotics investigations. Your Affiant has received field training and accrued practical experience in advanced drug-related investigative techniques that include, but are not limited to, surveillance, undercover operations, interview and interrogation techniques, informant recruitment and control, search warrant and case preparation, and interception and analysis of recorded conversations. Your Affiant has been involved in controlled undercover purchases of drug evidence and subsequent arrests of defendants charged with drug-related crimes. Your Affiant has supervised the activities of informants who have provided information concerning controlled substances and organized criminal activities, purchased controlled substances, and supervised consensual monitoring in connection with these investigations. Your Affiant has utilized various forms of tracking technology to assist in various forms of criminal investigation.

4. Your Affiant makes this affidavit in support of a criminal complaint and arrest warrant for ALEJANDRO LOZANO, who possessed with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(ii).

## BASIS OF INFORMATION

5. Your Affiant is familiar with the facts and circumstances of the offenses described in this Affidavit based upon your Affiant's personal participation in the investigation of JUAN ALEJANDRO LOZANO, as well as through information obtained from other law enforcement agencies, witnesses, and reliable sources.

6. Except as otherwise noted, the information set forth in this Affidavit has been provided to your Affiant by FBI Agents or other law enforcement officers. Unless otherwise

noted, whenever in this Affidavit your Affiant asserts that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom your Affiant has spoken or whose report your Affiant has read and reviewed. Likewise, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth your Affiant's observations but rather has been provided directly or indirectly by FBI Agents or other law enforcement officers who conducted such surveillance. Likewise, any information pertaining to vehicles and/or registrations, personal data on subjects and record checks has been obtained through the Law Enforcement Automated Data System (LEADS); from Thompson Reuters, a law enforcement credit header database (CLEAR); from the State of Ohio or the National Crime Information Center (NCIC) computers; or by the Ohio Law Enforcement Gateway database (OHLEG) by members herein described.

7. Since this Affidavit is being submitted for the limited purpose of securing the requested arrest warrant, this affidavit does not contain each and every piece of information known to your Affiant and other investigators, but rather only information sufficient to establish probable cause to support the requested arrest warrant.

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

8. During the course of a narcotics investigation, conducted by the FBI and members of the Cartel, Gang, Narcotics and Laundering (CGNL) task force, investigators developed information which indicated that drug trafficking activity was being carried out at the TA Travel Center – Truck Stop, located at 940 US-42 London, Ohio.

9. On Sunday, 8/7/2022, task force members were conducting surveillance at the above listed location. Investigators observed a black Honda Accord driven by a Hispanic male enter the gas station parking lot.

10. The Hispanic Male backed into a parking space and remained there for approximately fifteen minutes. Investigators then observed the male talking on a cell phone. A short time later, this male drove directly into the truck stop area of the parking lot. He was observed slowly driving though the lot. He was then observed stopping in front of a semi-truck. A passenger, later identified as ALEJANDRO LOZANO, exited the semi-truck and got into the Honda Accord. The Honda Accord pulled away and drove to another area of the parking lot. The semi-truck followed the Honda Accord to the same area of the lot. The semi-truck was being operated by, JUAN ANTONIO GUEVARA-LUGO.

11. Investigators observed a duffle bag being removed from the trunk of the Honda Accord and placed into the cab of the semi-truck. LOZANO got back into the semi-truck. A short time later the Honda Accord left the area. Investigators maintained surveillance of the semi-truck.

12. The semi-truck was surveilled for a distance. Ohio State Highway Patrol Troopers, working with investigators, made a probable cause traffic stop for a moving violation. An OSP Trooper / K9 handler that was part of the initial traffic stop deployed his K9 partner. The K9 gave a positive alert to the odor of narcotics. The driver of the semi-truck, LUGO, was initially cooperative. When asked about his travels, he stated that he was on his way to New Jersey to drop his cargo. When asked what was in the cab of the truck, LUGO demonstrated an obvious change in body language and behavior. He said very little after that.

4

13. During a search of the semi-truck the OSP Troopers discovered a duffle bag in the sleeper area of the trunk, under the bunk. It matched the description of the duffle bag that came out of Honda Accord. The duffle bag contained a large amount of US Currency that was vacuumed sealed. Troopers also discovered a 19 kilos of suspected cocaine in the sleeper area of the truck right behind the driver.

14. The US Currency and suspected kilos were discovered very quickly due to the fact they were on the floor of the sleeper area of the truck. There did not appear to be any effort to conceal the contraband. The boxes used to hold the US Currency and the suspected kilos were not closed or sealed.

15. Due to the small size of the cab and sleeper area of the truck investigators believe that driver, LUGO, and passenger, LOZANO, were aware of what they were transporting.

16. Two receipts were also recovered during the search of the semi-truck. One receipt was from a store in Hemet, California for a purchase made on 7/31/2022. The other receipt was from a store in Westlake, Ohio for a purchase made on 8/6/2022.

17. In this investigators training and experience, cocaine smuggling originates from source states such as California and semi-trucks are used to transport the contraband east to states like Ohio. US Currency is then picked up by truck drivers to transport the money back west. These trips often take more than a week to complete and the driver(s) of the semi-trucks make numerous stops for legitimate purposes and for drug trafficking activity.

18. LUGO AND LOZANO were arrested on scene and transported to a holding facility. The evidence collected from the traffic stop was transported and secured in the Strike Force.

19. The suspected cocaine appeared to be cocaine based on its color, odor and consistency. The suspected cocaine was tested using a NIK field test kit and yielded a positive result.

## CONCLUSION

20. Based on the foregoing, Your Affiant believes that there is probable cause to believe that ALEJANDRO LOZANO did possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(ii).

TFO *[signature]*
Task Force Officer Jeff Skoczen
Cleveland Strike Force / Cleveland FBI

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Crim. R. 41(d)(3) on this 8TH day of August, 2022.

*[signature]*
HONORABLE ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE